**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Ulises Ocampo Segura | ) | |
| | ) | Case No.   25 C 14809 |
| v. | ) | |
| | ) | Judge: Matthew F. Kennelly |
| Donald J Trump et al | ) | |

**<u>ORDER</u>**

The telephonic status hearing set for 12/19/2025 is vacated.   Petitioner's motion to transfer [8] [9] is granted. The Clerk is directed to transfer this case to the Southern District of Iowa pursuant to 28 USC 1631.

Date: 12/16/2025                                                    /s/ Matthew F. Kennelly
                                                                         United States District Judge